IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                  5:88cr4017-WS

DARYL LAMAR GILYARD,                  4:05cv159-WS

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 139) docketed May 20, 2005. The magistrate judge recommends that the defendant's motion to vacate sentence (doc. 136) be dismissed as untimely. The defendant has filed no objections to the report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 139) is adopted and incorporated by reference in this order of the court.

2.  The defendant's motion to vacate under section 2255 is hereby summarily DISMISSED as untimely.

3.  The clerk shall enter judgment accordingly and shall close Case No. 5:05cv159-WS.

DONE AND ORDERED this July 18, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE