## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

USA

    VS                                                                                           CASE NO. 4:88cr4017-WS

DWAYNE GILYARD

### REFERRAL AND ORDER

The motion/pleading was filed by defendant on 07/15/2005 (document #145), and referred to Senior Judge William Stafford on 07/15/2005.

Summary of motion/pleading: MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

                                         WILLIAM M. MCCOOL, CLERK OF COURT

                                         s/ Angie Maxwell
                                         DEPUTY CLERK

---

### ORDER OF COURT

Upon consideration of the foregoing, it is **ORDERED** this 20th day of July, 2005, the requested relief is **DENIED as MOOT**. Defendant filed his notice of appeal and application to appeal in forma pauperis (docs. 140 and 145) before the recommendation of the magistrate judge was adopted. Docs. 146 (order adopting and 147 (judgment). The recommendation was not appealable, and the notice of appeal did not perfect the appeal as of the date of the judgment. *Perez-Priego v. Alachua County Clerk of Court*, 148 F.3d 1272, 1273 (11th Cir. 1998) (citations omitted). Defendant has 60 days from the entry of judgment on July 19, 2005, to file a notice of appeal. F.R.App.P. 4(a); 2255 Rule 11. He may renew the motion to proceed in forma pauperis at that time.

DONE AND ORDERED this July 21, 2005.

                                         /s William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE